# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150677(52)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

BRANDON MICHAEL HALL,
        Defendant-Appellee.

SC: 150677
COA: 321045
Ottawa CC: 13-037857-AR

_____/

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief on appeal is GRANTED. The supplemental brief submitted on July 8, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2015



Clerk